September 12, 1969

No. 69–43 Allan J. Kallmann, CAPT, U. S. Army v MG Conn L. Milburn, Jr., M.C., Commanding General, Tripler General Hospital, Tripler Army Medical Center, Oahu, Hawaii; COL Spencer B. Reid, Acting Commander, Tripler Army Medical Center; and Stanley Resor, Secretary of the Army.

On consideration of the Petition filed in the above-entitled action, it appearing that no court-martial proceedings are pending or threatened against petitioner and, since the extraordinary jurisdiction conferred by the All Writs Act, 28 USC § 1651, may be invoked only in aid of the exercise of our jurisdiction over court-martial cases properly before us or which may come here eventually (United States v Snyder, 18 USCMA 480, 40 CMR 192; Mueller v Brown, 18 USCMA 534, 40 CMR 246), it is, by the Court, this 12th day of September, 1969,

ORDERED that said Petition be, and the same is, hereby dismissed.